# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-cr-109 |
| | Civil Case No. 3:23-cv-00092 |
| Plaintiff, : | |
| | |
| - vs - | District Judge Michael J. Newman |
| | Magistrate Judge Michael R. Merz |
| AARON SPENCER DOAKES, | |
| : | |
| Defendant. | |

**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION (ECF No. 77); (2) DENYING WITH PREJUDICE DEFENDANT'S MOTION TO VACATE (ECF No. 69); (3) DENYING A CERTIFICATE OF APPEALABILITY; AND (4) CERTIFYING TO THE UNITED STATES COURT OF APPEALS THAT AN APPEAL WOULD BE OBJECTIVELY FRIVOLOUS AND THEREFORE DEFENDANT SHOULD NOT BE PERMITTED TO PROCEED *IN FORMA PAUPERIS*; AND (5) TERMINATING THE CASE ON THE DOCKET**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 77) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that Defendant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 69) is **DENIED with prejudice**.  Defendant is **DENIED** a certificate of appealability and the Court hereby **CERTIFIES** to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

**IT IS SO ORDERED.**

May 3, 2024                                      s/*Michael J. Newman*
                                                 Hon. Michael J. Newman
                                                 United States District Judge